

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br><br>v.<br><br>**0.40 ACRES OF LAND, MORE OR LESS,**<br>**SITUATED IN CALCASIEU PARISH,**<br>**STATE OF LOUISIANA, AND STREAM**<br>**FAMILY LIMITED PARTNERSHIP**<br>**AND UNKNOWN OWNERS**<br>**Defendants.** | **CIVIL ACTION NO: 05-1987**<br><br>**JUDGE TRIMBLE**<br><br>**MAGISTRATE JUDGE HILL**<br><br>**TRACT NO: 400E-3** |

### JUDGMENT FIXING TITLE, JUST COMPENSATION AND ORDER FOR DISPOSITION

This is a condemnation action, brought pursuant to the Declaration of Taking Act (DTA), 40 U.S.C. § 3114, for an easement of perpetual access to real property consisting of approximately 0.40 acres of land, being a strip or parcel of land lying in Section 34, Township 11 South, Range 13 West, situated in Calcasieu Parish, Louisiana, all as more particularly described in Schedule "B" attached to the Declaration of Taking filed November 21, 2005. [Doc. 1].

The United States filed a Complaint in Condemnation with this Court and deposited estimated just compensation in the Registry of this Court to acquire the above described easement.

On January 4, 2006, the United States filed a certified true copy of the Declaration of Taking in the public land records in the Clerk of Court for Calcasieu Parish as document file no. 2744574 in Book 3106 at page 318. A hearing to determine ownership and just compensation was held on December 8, 2010. Janice E. Hebert, Assistant United States Attorney, presented

evidence as to title and just compensation.  Defendants or parties claiming any interest in the land who attended the hearing are: __None_____

_____.

The Court, thus being advised in the premises, finds that these proceedings have been conducted according to law and that this Court has jurisdiction of the parties and the subject matter.

**IT IS HEREBY ORDERED AND ADJUDGED** that

1. On November 21, 2005, upon the filing of a Complaint in Condemnation and Declaration of Taking in this action and the deposit in the Registry of the Court of estimated just compensation, a perpetual access area easement to the subject land, Tract No. 400E-3, subject to existing easements for public roads and highways, public utilities, railroads and pipelines, vested in the United States of America.

2. Immediately prior to the acquisition by the United States, title was vested in, and just compensation is due to the Stream Family Limited Partnership by virtue of an Act of Exchange from Matilda Gray Stream to the Stream Family Limited Partnership filed as Entry No. 2279500 in Conveyance Book 2519 at Folio 281 of the records of Calcasieu Parish, Louisiana.

3. The full just compensation payable by the United States for the taking of the easement acquired to the subject land is in the amount of $1,000.00, being the total sum deposited by the United States in the Registry of the Court, and being the value of the easement as determined by the United States' appraiser, plus interest.  Said sum shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against

the United States by reason of the institution and prosecution of this action and taking of the said easement.

4. Judgment is hereby entered against the United States in the aforesaid amount.

5. The Clerk of the Court is to distribute the said $1,000.00 deposited in this case in the Registry of the Court, together with any interest it may have accrued, to Stream Family Limited Partnership at its last known address, and if said funds or any portion thereof, shall remain deposited in the Registry of the Court unclaimed for five (5) years from the date of final judgment herein, the Clerk of Court is hereby authorized and directed, without further order of the Court, to draw a check therefor and deposit it in the Treasury of the United States to the credit of the United States in the manner provided in 28 U.S.C. § 2042.

**THUS DONE AND SIGNED** this 8th day of December, 2010.

_____
**HONORABLE JAMES T. TRIMBLE, JR.
UNITED STATES SENIOR DISTRICT JUDGE**